**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**HARTFORD DIVISION**

In re: SIMA INTERNATIONAL, INC.            § Case No. 17-21761-JJT
                                           §
                                           §
Debtor(s)                                  §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

ANTHONY S. NOVAK-Chapter 7 Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $0.00                      Assets Exempt: N/A
*(without deducting any secured claims)*

Total Distribution to Claimants: $457,424.78     Claims Discharged
                                                 Without Payment: N/A

Total Expenses of Administration: $152,603.41

---

3) Total gross receipts of $ 667,294.20 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 57,266.01 (see **Exhibit 2**), yielded net receipts of $610,028.19 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 152,603.41 | 152,603.41 | 152,603.41 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 237,515.00 | 585,418.06 | 457,424.78 | 457,424.78 |
| **TOTAL DISBURSEMENTS** | $237,515.00 | $738,021.47 | $610,028.19 | $610,028.19 |

    4) This case was originally filed under Chapter 7 on November 17, 2017. The case was pending for 22 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 10/16/2019          By: /s/ANTHONY S. NOVAK-Chapter 7 Trustee
                                                  Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Renasant Bank Business Checking | 1123-000 | 74,973.08 |
| Licenses, franchises and royalties | 1123-000 | 178,321.12 |
| Intellectual Property consisting of Asset #s 2, | 1229-000 | 414,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$667,294.20** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| SIMA INTERNATIONAL, INC. | Dividend paid 100.00% on $57,266.01; Claim# SURPLUS; Filed: $57,266.01; Reference: | 8200-002 | 57,266.01 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$57,266.01** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee Compensation - ANTHONY S. NOVAK-Chapter 7 Trustee | 2100-000 | N/A | 33,751.41 | 33,751.41 | 33,751.41 |
| Trustee Expenses - ANTHONY S. NOVAK-Chapter 7 Trustee | 2200-000 | N/A | 129.31 | 129.31 | 129.31 |
| Other - BELLENFANT, P LLC | 3410-000 | N/A | 1,500.00 | 1,500.00 | 1,500.00 |
| Other - Blum Shapiro & Company, P.C. | 3410-000 | N/A | 5,000.00 | 5,000.00 | 5,000.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 16.50 | 16.50 | 16.50 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 38.48 | 38.48 | 38.48 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 41.18 | 41.18 | 41.18 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 39.75 | 39.75 | 39.75 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 45.17 | 45.17 | 45.17 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 38.33 | 38.33 | 38.33 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 41.37 | 41.37 | 41.37 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 40.01 | 40.01 | 40.01 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 47.33 | 47.33 | 47.33 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 83.03 | 83.03 | 83.03 |
| Other - ANTHONY S. NOVAK, ESQ. | 2300-000 | N/A | 51.86 | 51.86 | 51.86 |
| Other - STATE OF CONNECTICUT, DEPT OF REVENUE SERVICES | 2820-000 | N/A | 250.00 | 250.00 | 250.00 |
| Other - Arc Stone | 2690-000 | N/A | 50.00 | 50.00 | 50.00 |
| Other - Iron Mountain | 2690-000 | N/A | 190.00 | 190.00 | 190.00 |
| Other - XMI | 2690-000 | N/A | 2,593.00 | 2,593.00 | 2,593.00 |
| Other - Arc Stone | 2690-000 | N/A | 50.00 | 50.00 | 50.00 |
| Other - DRS (electronic payment) for Period ending 12/31/2018 | 2690-000 | N/A | 250.00 | 250.00 | 250.00 |
| Other - Iron Mountain | 2690-000 | N/A | 190.00 | 190.00 | 190.00 |
| Other - Tennessee Dept of Revenue Services | 2690-000 | N/A | 100.00 | 100.00 | 100.00 |
| Other - XMI | 2690-000 | N/A | 2,303.00 | 2,303.00 | 2,303.00 |
| Other - Conference Group | 2690-000 | N/A | 80.17 | 80.17 | 80.17 |
| Other - XMI | 2690-000 | N/A | 2,473.00 | 2,473.00 | 2,473.00 |
| Other - Iron Mountain | 2690-000 | N/A | 190.00 | 190.00 | 190.00 |
| Other - Arc Stone | 2690-000 | N/A | 50.00 | 50.00 | 50.00 |
| Other - Iron Mountain | 2690-000 | N/A | 190.00 | 190.00 | 190.00 |
| Other - Oak ridge AMC | 2690-000 | N/A | 2,473.00 | 2,473.00 | 2,473.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| Other - Iron Mountain | 2690-000 | N/A | 190.00 | 190.00 | 190.00 |
| Other - Oak Ridge AMC | 2690-000 | N/A | 2,473.00 | 2,473.00 | 2,473.00 |
| Other - Oak Ridge AMC | 2690-000 | N/A | 2,521.20 | 2,521.20 | 2,521.20 |
| Other - Iron Mountain | 2690-000 | N/A | 190.00 | 190.00 | 190.00 |
| Other - Anthony S. Novak, Trustee for SIMA Int?l | 2690-000 | N/A | 65,000.00 | 65,000.00 | 65,000.00 |
| Other - Oak Ridge AMC | 2690-000 | N/A | 2,466.00 | 2,466.00 | 2,466.00 |
| Other - Hanover Insurance | 2690-000 | N/A | 575.50 | 575.50 | 575.50 |
| Other - Iron Mountain | 2690-000 | N/A | 190.00 | 190.00 | 190.00 |
| Other - Iron Mountain | 2690-000 | N/A | 190.00 | 190.00 | 190.00 |
| Other - Oak Ridge AMC | 2690-000 | N/A | 2,466.00 | 2,466.00 | 2,466.00 |
| Other - Anthony S. Novak, Trustee for SIMA Int?l | 2690-000 | N/A | 20,000.00 | 20,000.00 | 20,000.00 |
| Other - Hanover Insurance | 2690-000 | N/A | 76.00 | 76.00 | 76.00 |
| Other - Oak Ridge AMC | 2690-000 | N/A | 252.47 | 252.47 | 252.47 |
| Other - Oak Ridge AMC | 2690-000 | N/A | 286.00 | 286.00 | 286.00 |
| Other - Oak Ridge AMC | 2690-000 | N/A | 627.14 | 627.14 | 627.14 |
| Other - Oak Ridge AMC | 2690-000 | N/A | 2,804.20 | 2,804.20 | 2,804.20 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $152,603.41 | $152,603.41 | $152,603.41 |

## EXHIBIT 5 –PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 –PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 7 –GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 -2 | PMI Shares, Inc. | 7100-000 | unknown | 200,000.00 | 200,000.00 | 200,000.00 |
| 1I-2 | PMI Shares, Inc. | 7990-000 | N/A | N/A | 5,435.62 | 5,435.62 |
| 2 | Marlys Hanson, Inc. | 7100-000 | 96,000.00 | 95,875.00 | 95,875.00 | 95,875.00 |
| 2I | Marlys Hanson, Inc. | 7990-000 | N/A | N/A | 2,605.70 | 2,605.70 |
| 3 | ROBINSON & COLE LLP | 7200-000 | N/A | 140,096.28 | 0.00 | 0.00 |
| 4 | Robinson & Cole LLP | 7100-000 | 141,515.00 | 149,446.78 | 149,446.78 | 149,446.78 |
| 4I | Robinson & Cole LLP | 7990-000 | N/A | N/A | 4,061.68 | 4,061.68 |
| NOTFILED | XMI Association Management | 7100-000 | unknown | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | **$237,515.00** | **$585,418.06** | **$457,424.78** | **$457,424.78** |

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 17-21761-JJT  
**Case Name:** SIMA INTERNATIONAL, INC.  

**Trustee:** (270060) ANTHONY S. NOVAK-Chapter 7 Trustee  
**Filed (f) or Converted (c):** 11/17/17 (f)  
**§341(a) Meeting Date:** 12/18/17  

**Period Ending:** 10/16/19  
**Claims Bar Date:** 03/19/18  

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Renasant Bank Business Checking | 21,120.10 | 28,685.97 | | 74,973.08 | FA |
| 2 | Copyrights | Unknown | 0.00 | | 0.00 | FA |
| 3 | Internet domain names and websites | Unknown | 0.00 | | 0.00 | FA |
| 4 | Licenses, franchises and royalties | Unknown | 178,321.12 | | 178,321.12 | FA |
| 5 | Customer lists, mailing lists or other compilations | Unknown | 0.00 | | 0.00 | FA |
| 6 | Intellectual Property consisting of Asset #s 2, (u) 4 and 5 above | 414,000.00 | 414,000.00 | | 414,000.00 | FA |
| 6 | **Assets** Totals (Excluding unknown values) | **$435,120.10** | **$621,007.09** | | **$667,294.20** | **$0.00** |

**Major Activities Affecting Case Closing:**

Ready for final once final tax return filed and accountant fee app filed  
04/22/19: Efile Application to Pay Accountants (granted 5/24/19)  
01/08/19 Efile Application to Employ Accountants (granted 2/8/19)  
12/18/18: Efile Report of Sale of IP re: IP to SIMA II, LLC  
Trustee seeking bids on sale of intellectual property. Awaiting decision by Bankruptcy Court re: 365 "n" claim.  
09/13/18: Efiled Applications to Extend Employment of Oak Ridge and Trustee to Operate business to 12/31/18 (Granted 9/25/18)  
07/25/18: Trustee authorized to run business until 9/30/18 (Order dated 7/25/18)  
05/15/18: Eifle Application to Employ Novak Law re: preference payments to Robinson & Cole (granted 6/1/18)  
05/07/18: Efiled Application for Compensation of Accountant (granted 6/1/18  
03/27/18: Efile Application to Employ Accountant (granted 5/7./18)  
02/05/18: Efile App to Employ XMI Acquisitions, LLC as Management Co. and Motion for Trustee to Operate Business  
12/07/17: Efile Motion to Reject Executory Contract  

**Initial Projected Date Of Final Report (TFR):** December 18, 2018       **Current Projected Date Of Final Report (TFR):** June 28, 2019  (Actual)

## Form 2

## Cash Receipts And Disbursements Record

**Case Number:** 17-21761-JJT  
**Case Name:** SIMA INTERNATIONAL, INC.  

**Taxpayer ID #:** **-***3522  
**Period Ending:** 10/16/19

**Trustee:** ANTHONY S. NOVAK-Chapter 7 Trustee (270060)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******3566 - Checking Account  
**Blanket Bond:** $16,467,558.00   (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/18/18 | {1} | RENASANT BANK | Balance of bank account | 1129-000 | 28,685.97 | | 28,685.97 |
| 01/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 16.50 | 28,669.47 |
| 02/28/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 38.48 | 28,630.99 |
| 03/30/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 41.18 | 28,589.81 |
| 04/30/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 39.75 | 28,550.06 |
| 05/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 45.17 | 28,504.89 |
| 06/04/18 | 101 | BELLENFANT, P LLC | Per court order allowing fees dated 6/1/18 (Doc ID #94) | 3410-000 | | 1,500.00 | 27,004.89 |
| 06/29/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 38.33 | 26,966.56 |
| 07/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 41.37 | 26,925.19 |
| 08/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 40.01 | 26,885.18 |
| 09/11/18 | {4} | CHAPTER 7 ESTATE OF SIMA INTERNATIONAL | Royalties collected | 1123-000 | 65,000.00 | | 91,885.18 |
| 09/28/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 47.33 | 91,837.85 |
| 10/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 83.03 | 91,754.82 |
| 11/07/18 | {4} | CHAPTER 7 ESTATE OF SIMA INTERNATIONAL | Royalties collected | 1123-000 | 20,000.00 | | 111,754.82 |
| 11/20/18 | {6} | COAN, LEWENDON, GULLIVER & MILTENBERGER, LLC | Sale of IP | 1229-000 | 414,000.00 | | 525,754.82 |
| 12/03/18 | 102 | ANTHONY S. NOVAK, ESQ. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/01/2018 FOR CASE #17-21761, Bond #016027937 | 2300-000 | | 51.86 | 525,702.96 |
| 02/05/19 | {4} | PITTSBURGH LEADERSHIP FOUNDATION | ROYALTY PAYMENT THROUGH 11/20/18 | 1123-000 | 270.73 | | 525,973.69 |
| 02/05/19 | {4} | JONATHAN PAUL CONSULTING | ROYALTY PAYMENT THROUGH 11/20/18 | 1123-000 | 1,608.94 | | 527,582.63 |
| 02/05/19 | {4} | KEN AND NANCY JOHNSON | ROYALTY PAYMENT THROUGH 11/20/18 | 1123-000 | 27.00 | | 527,609.63 |
| 02/05/19 | {4} | SIMA PARTNERS | ROYALTY PAYMENT THROUGH 11/20/18 | 1123-000 | 1,673.75 | | 529,283.38 |
| 02/20/19 | {4} | RENASANT BANK | Royalty payments made prior to closing into Renasant Bank acct | 1123-000 | 20,714.66 | | 549,998.04 |
| 03/21/19 | {4} | BILD INTERNATIONAL | Royalty payments 10/1/17-11/20/18 | 1123-000 | 3,823.47 | | 553,821.51 |
| 04/05/19 | 103 | STATE OF CONNECTICUT, DEPT OF REVENUE SERVICES | 2018 Connecticut Corporate Business Tax Return for year ending 12/31/18 | 2820-000 | | 250.00 | 553,571.51 |
| 06/06/19 | 104 | Blum Shapiro & Company, P.C. | Per court order allowing fees dated 5/24/19 | 3410-000 | | 5,000.00 | 548,571.51 |
| 06/19/19 | | Transition Transfer Debit | | 9999-000 | | 548,571.51 | 0.00 |

Subtotals :    $555,804.52    $555,804.52

{} Asset reference(s)

Printed: 10/16/2019 01:47 PM    V.14.57

# Form 2

## Cash Receipts And Disbursements Record

**Case Number:** 17-21761-JJT  
**Case Name:** SIMA INTERNATIONAL, INC.  
**Taxpayer ID #:** **-***3522  
**Period Ending:** 10/16/19

**Trustee:** ANTHONY S. NOVAK-Chapter 7 Trustee (270060)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******3566 - Checking Account  
**Blanket Bond:** $16,467,558.00  (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | **ACCOUNT TOTALS** | | 555,804.52 | 555,804.52 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 548,571.51 | |
| | | | **Subtotal** | | 555,804.52 | 7,233.01 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$555,804.52** | **$7,233.01** | |

{} Asset reference(s)                                                              Printed: 10/16/2019 01:47 PM     V.14.57

# Form 2

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case Number:** 17-21761-JJT | **Trustee:** | ANTHONY S. NOVAK-Chapter 7 Trustee (270060) |
| **Case Name:** SIMA INTERNATIONAL, INC. | **Bank Name:** | Renasant Bank |
| | **Account:** | ******1536 - Chapter 7 Estate of SIMA |
| **Taxpayer ID #:** **-***3522 | **Blanket Bond:** | $16,467,558.00  (per case limit) |
| **Period Ending:** 10/16/19 | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 04/20/18 | {1} | Transfer by Renasant Bank from Debtor Acct No Ending in 5142 | Transfer by Renasant Bank from Debtor Acct No. Ending in 5142 | 1123-000 | 46,287.11 | | 46,287.11 |
| 04/25/18 | 1001 | Arc Stone | Arc Stone | 2690-000 | | 50.00 | 46,237.11 |
| 04/25/18 | 1002 | Iron Mountain | Iron Mountain | 2690-000 | | 190.00 | 46,047.11 |
| 04/25/18 | 1003 | XMI | XMI Stopped on 06/27/19 | 2690-000 | | 183.20 | 45,863.91 |
| 04/30/18 | 1004 | XMI | XMI | 2690-000 | | 2,593.00 | 43,270.91 |
| 05/02/18 | 1005 | Arc Stone | Arc Stone | 2690-000 | | 50.00 | 43,220.91 |
| 05/07/18 | | DRS (electronic payment) for Period ending 12/31/2018 | DRS (electronic payment) for Period ending 12/31/2018 | 2690-000 | | 250.00 | 42,970.91 |
| 05/15/18 | {4} | Sweep from Deposit Acct Ending 5142 | Sweep from Deposit Acct Ending 5142 | 1123-000 | 1,753.30 | | 44,724.21 |
| 05/15/18 | 1006 | Iron Mountain | Iron Mountain | 2690-000 | | 190.00 | 44,534.21 |
| 05/23/18 | 1007 | Tennessee Dept of Revenue Services | Tennessee Dept of Revenue Services | 2690-000 | | 100.00 | 44,434.21 |
| 05/23/18 | 1008 | XMI | XMI | 2690-000 | | 2,303.00 | 42,131.21 |
| 05/23/18 | 1009 | Conference Group | Conference Group Voided on 05/23/18 | 2690-000 | | 68.99 | 42,062.22 |
| 05/23/18 | 1009 | Conference Group | Conference Group Voided: check issued on 05/23/18 | 2690-000 | | -68.99 | 42,131.21 |
| 05/23/18 | 1010 | Conference Group | Conference Group | 2690-000 | | 80.17 | 42,051.04 |
| 06/06/18 | 1011 | XMI | XMI | 2690-000 | | 2,473.00 | 39,578.04 |
| 06/07/18 | 1012 | Iron Mountain | Iron Mountain | 2690-000 | | 190.00 | 39,388.04 |
| 06/11/18 | 1013 | Arc Stone | Arc Stone | 2690-000 | | 50.00 | 39,338.04 |
| 06/12/18 | {4} | Sweep from Deposit Acct Ending 5142 | Sweep from Deposit Acct Ending 5142 | 1123-000 | 7,380.60 | | 46,718.64 |
| 06/25/18 | {4} | Sweep from Deposit Acct Ending 5142 | Sweep from Deposit Acct Ending 5142 | 1123-000 | 10,185.13 | | 56,903.77 |
| 07/17/18 | 1014 | Iron Mountain | Iron Mountain | 2690-000 | | 190.00 | 56,713.77 |
| 07/17/18 | 1015 | Oak ridge AMC | Oak Ridge AMC | 2690-000 | | 2,473.00 | 54,240.77 |
| 07/17/18 | 1016 | Patent & Trademark Bureau | Patent & Trademark Bureau Voided on 07/17/18 | 2690-000 | | 3,350.00 | 50,890.77 |
| 07/17/18 | 1016 | Patent & Trademark Bureau | Patent & Trademark Bureau Voided: check issued on 07/17/18 | 2690-000 | | -3,350.00 | 54,240.77 |
| 07/18/18 | {4} | Sweep from Deposit Acct Ending 5142 | Sweep from Deposit Acct Ending 5142 | 1123-000 | 12,707.14 | | 66,947.91 |
| 08/03/18 | 1017 | Iron Mountain | Iron Mountain | 2690-000 | | 190.00 | 66,757.91 |
| 08/06/18 | 1018 | Oak Ridge AMC | Oak Ridge AMC | 2690-000 | | 2,473.00 | 64,284.91 |
| | | | Subtotals : | | $78,313.28 | $14,028.37 | |

{} Asset reference(s)

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 4

**Case Number:** 17-21761-JJT  
**Case Name:** SIMA INTERNATIONAL, INC.  

**Taxpayer ID #:** **-***3522  
**Period Ending:** 10/16/19  

**Trustee:** ANTHONY S. NOVAK-Chapter 7 Trustee (270060)  
**Bank Name:** Renasant Bank  
**Account:** ******1536 - Chapter 7 Estate of SIMA  
**Blanket Bond:** $16,467,558.00  (per case limit)  
**Separate Bond:** N/A  

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 09/06/18 | 1019 | Oak Ridge AMC | Oak Ridge AMC | 2690-000 | | 2,521.20 | 61,763.71 |
| 09/07/18 | {4} | Sweep from Deposit Acct Ending 5142 | Sweep from Deposit Acct Ending 5142 | 1123-000 | 13,368.97 | | 75,132.68 |
| 09/07/18 | 1020 | Iron Mountain | Iron Mountain | 2690-000 | | 190.00 | 74,942.68 |
| 09/11/18 | 1021 | Anthony S. Novak, Trustee for SIMA Int?l | Anthony S. Novak, Trustee for SIMA Int'l | 2690-000 | | 65,000.00 | 9,942.68 |
| 10/02/18 | 1022 | Oak Ridge AMC | Oak Ridge AMC | 2690-000 | | 2,466.00 | 7,476.68 |
| 10/03/18 | 1023 | Hanover Insurance | Hanover Insurance | 2690-000 | | 575.50 | 6,901.18 |
| 10/04/18 | 1024 | Iron Mountain | Iron Mountain | 2690-000 | | 190.00 | 6,711.18 |
| 10/11/18 | {4} | Sweep from Deposit Acct Ending 5142 | Sweep from Deposit Acct Ending 5142 | 1123-000 | 12,666.48 | | 19,377.66 |
| 11/01/18 | 1025 | Iron Mountain | Iron Mountain | 2690-000 | | 190.00 | 19,187.66 |
| 11/06/18 | {4} | Sweep from Deposit Acct Ending 5142 | Sweep from Deposit Acct Ending 5142 | 1123-000 | 10,391.70 | | 29,579.36 |
| 11/06/18 | 1026 | Oak Ridge AMC | Oak Ridge AMC | 2690-000 | | 2,466.00 | 27,113.36 |
| 11/06/18 | 1027 | Anthony S. Novak, Trustee for SIMA Int?l | Anthony S. Novak, Trustee for SIMA Int | 2690-000 | | 20,000.00 | 7,113.36 |
| 11/07/18 | 1028 | Hanover Insurance | Hanover Insurance | 2690-000 | | 76.00 | 7,037.36 |
| 11/16/18 | 1029 | Oak Ridge AMC | Oak Ridge AMC | 2690-000 | | 252.47 | 6,784.89 |
| 11/16/18 | 1030 | Oak Ridge AMC | Oak Ridge AMC | 2690-000 | | 286.00 | 6,498.89 |
| 11/16/18 | 1031 | Oak Ridge AMC | Oak Ridge AMC | 2690-000 | | 627.14 | 5,871.75 |
| 11/29/18 | {4} | Sweep from Deposit Acct Ending 5142 | Sweep from Deposit Acct Ending 5142 | 1123-000 | 850.08 | | 6,721.83 |
| 12/03/18 | 1032 | Oak Ridge AMC | Oak Ridge AMC | 2690-000 | | 2,804.20 | 3,917.63 |
| 06/27/19 | 1003 | XMI | XMI Stopped: check issued on 04/25/18 | 2690-000 | | -183.20 | 4,100.83 |
| 06/27/19 | {4} | Renasant Bank | Included in 2/20/19 monies received from Renasant Bank and deposited into Rabobank | 1123-000 | -4,100.83 | | 0.00 |
| | | | ACCOUNT TOTALS | | 111,489.68 | 111,489.68 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | Subtotal | | 111,489.68 | 111,489.68 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $111,489.68 | $111,489.68 | |

{} Asset reference(s)

Printed: 10/16/2019 01:47 PM   V.14.57

Exhibit 9

## Form 2
### Cash Receipts And Disbursements Record

Page: 5

**Case Number:** 17-21761-JJT  
**Case Name:** SIMA INTERNATIONAL, INC.  

**Taxpayer ID #:** **-***3522  
**Period Ending:** 10/16/19  

**Trustee:** ANTHONY S. NOVAK-Chapter 7 Trustee (270060)  
**Bank Name:** United Bank  
**Account:** ********3055 - Checking Account  
**Blanket Bond:** $16,467,558.00 (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 06/19/19 | | Transfer from 0061 to 3055 | Transfer from 0061 to 3055 | 9999-000 | 548,571.51 | | 548,571.51 |
| 08/27/19 | 10105 | PMI Shares, Inc. | Dividend paid 100.00% on $200,000.00; Claim# 1 -2; Filed: $200,000.00; Reference: | 7100-000 | | 200,000.00 | 348,571.51 |
| 08/27/19 | 10106 | Marlys Hanson, Inc. | Dividend paid 100.00% on $95,875.00; Claim# 2; Filed: $95,875.00; Reference: Stopped on 09/09/19 | 7100-000 | | 95,875.00 | 252,696.51 |
| 08/27/19 | 10107 | Robinson & Cole LLP | Dividend paid 100.00% on $149,446.78; Claim# 4; Filed: $149,446.78; Reference: #3606 | 7100-000 | | 149,446.78 | 103,249.73 |
| 08/27/19 | 10108 | PMI Shares, Inc. | Dividend paid 100.00% on $5,435.62; Claim# 1I-2; Filed: $0.00; Reference: | 7990-000 | | 5,435.62 | 97,814.11 |
| 08/27/19 | 10109 | Marlys Hanson, Inc. | Dividend paid 100.00% on $2,605.70; Claim# 2I; Filed: $0.00; Reference: Stopped on 09/09/19 | 7990-000 | | 2,605.70 | 95,208.41 |
| 08/27/19 | 10110 | Robinson & Cole LLP | Dividend paid 100.00% on $4,061.68; Claim# 4I; Filed: $0.00; Reference: #3606 | 7990-000 | | 4,061.68 | 91,146.73 |
| 08/27/19 | 10111 | SIMA INTERNATIONAL, INC. | Dividend paid 100.00% on $57,266.01; Claim# SURPLUS; Filed: $57,266.01; Reference: | 8200-002 | | 57,266.01 | 33,880.72 |
| 08/27/19 | 10112 | ANTHONY S. NOVAK-Chapter 7 Trustee | COMBINED CHECK FOR TRUSTEE COMPENSATION, EXPENSES AND INTEREST | | | 33,880.72 | 0.00 |
| | | | Dividend paid 100.00% on $33,751.41;  Claim# ; Filed: $33,751.41 | 2100-000 | 33,751.41 | | 0.00 |
| | | | Dividend paid 100.00% on $129.31;  Claim# ; Filed: $129.31 | 2200-000 | 129.31 | | 0.00 |
| 09/09/19 | 10106 | Marlys Hanson, Inc. | Dividend paid 100.00% on $95,875.00; Claim# 2; Filed: $95,875.00; Reference: Stopped: check issued on 08/27/19 | 7100-000 | | -95,875.00 | 95,875.00 |
| 09/09/19 | 10109 | Marlys Hanson, Inc. | Dividend paid 100.00% on $2,605.70; Claim# 2I; Filed: $0.00; Reference: Stopped: check issued on 08/27/19 | 7990-000 | | -2,605.70 | 98,480.70 |
| 09/09/19 | 10113 | MARLYS HANSON, INC. | Dividend Paid 100% Claim #2 ($95,875.00) /Interest paid 100% #2I ($2,605.70) | | | 98,480.70 | 0.00 |
| | | | | 7100-000 | 95,875.00 | | 0.00 |
| | | | | 7990-000 | 2,605.70 | | 0.00 |

Subtotals :    $548,571.51    $548,571.51

{} Asset reference(s)    Printed: 10/16/2019 01:47 PM    V.14.57

Exhibit 9

# Form 2
## Cash Receipts And Disbursements Record

Page: 6

**Case Number:** 17-21761-JJT  
**Case Name:** SIMA INTERNATIONAL, INC.

**Trustee:** ANTHONY S. NOVAK-Chapter 7 Trustee (270060)  
**Bank Name:** United Bank  
**Account:** ********3055 - Checking Account

**Taxpayer ID #:** **-***3522  
**Period Ending:** 10/16/19

**Blanket Bond:** $16,467,558.00  (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | | **ACCOUNT TOTALS** | | 548,571.51 | 548,571.51 | $0.00 |
| | | | Less: Bank Transfers | | 548,571.51 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 548,571.51 | |
| | | | Less: Payments to Debtors | | | 57,266.01 | |
| | | | **NET Receipts / Disbursements** | | $0.00 | $491,305.50 | |

| | Net Receipts : | 667,294.20 |
|---|---|---|
| | Less Payments to Debtor : | 57,266.01 |
| | Net Estate : | $610,028.19 |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ******3566** | 555,804.52 | 7,233.01 | 0.00 |
| **Checking # ******1536** | 111,489.68 | 111,489.68 | 0.00 |
| **Checking # ********3055** | 0.00 | 491,305.50 | 0.00 |
| | $667,294.20 | $610,028.19 | $0.00 |

{} Asset reference(s)

Printed: 10/16/2019 01:47 PM     V.14.57